# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **JONATHAN PHILLIPS,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | **Case No.  CV 05-S-1500-M** |
| **BILLY MITCHEM, WARDEN,** ) | |
| **and THE ATTORNEY GENERAL** ) | |
| **OF THE STATE OF ALABAMA,** ) | |
| ) | |
| Respondents. ) | |

## FINAL JUDGMENT

On April 10, 2007, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. After obtaining an extension of time, petitioner filed objections to the magistrate judge's report and recommendation on May 19, 2007.[1]

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report, and ACCEPTS the recommendations of the magistrate judge. Accordingly, it is ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action be, and the same hereby is, DENIED.  The clerk is directed to close this file.

---

[1] Under the "mailbox rule" enunciated in *Houston v. Lack*, 487 U.S. 266, 108 S.Ct. 2397, 101 L.Ed.2d 245 (1988), the date the objections were signed and submitted by the inmate to prison authorities for mailing is the effective date of filing.

DONE this 28th day of June, 2007.

                                                                               /s/ Lynwood Smith
                                                                               United States District Judge